```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                       Criminal No. 11-cr-22-01-JD

Jose Reyes


## O R D E R

The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted; Trial is continued to the two-week period beginning May 15, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  March 9, 2012

cc:   Paul Garrity, Esq.
      Terry Ollila, Esq.
      U.S. Marshal
      U.S. Probation